IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER WASHINGTON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-1527 |
| | : | |
| SERGEANT ERWIN, et al. | : | |

**ORDER**

AND NOW, this 22nd day of August, 2016, it is ORDERED:

- Upon consideration of the factors set forth in *Poulis v. State Farm Fire & Casualty Co.*, 747 F.2d 863 (3d Cir. 1984), and for the reasons set forth in the accompanying Memorandum, it is ORDERED the above-captioned civil action is DISMISSED with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

- Alternatively, it is ORDERED Defendants' Motion for Summary Judgment (Document 36) is GRANTED. Judgment is entered in favor of Defendants on all claims in Plaintiff's First Amended Complaint.

- The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

　　/s/ Juan R. Sánchez
Juan R. Sánchez, J.